Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Yellowstone District of Montana

Billings Division

Dennis Martin Friedt
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Yellowstone County Justice Court
David Carter *Defendant(s)* Jeanne Walker
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Dennis Martin Friedt
All other names by which you have been known: none
ID Number: 3015408
Current Institution: Montana State Prison
Address: 700 Conley Lake Road
Billing's,     MT.     59722
City          State    Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Davidf Carter (Judge)
Job or Title (if known): Justice of the Peace County Judge
Shield Number: unknown
Employer: Yellowstone County
Address: 217 N 27th St. RM.601 (?)
Billing's,     MT.     59107
City          State    Zip Code
[X] Individual capacity    [XX] Official capacity

Defendant No. 2
Name: Pro Tem Jeanne Walker
Job or Title (if known): Tempoary Stand in for Judge David Carter
Shield Number: unknown
Employer: YELLOWSTONE County Justice Court
Address: 217 N.27th St. RM 600-601
Billiong's,    MT.     59107
City          State    Zip Code
[X] Individual capacity    [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
- Name: Scott D. Twito
- Job or Title (if known): Main District County Attorney
- Shield Number: unknown
- Employer: Yellowstone County District Attorney's
- Address: 217 N. 27th St. Room 501 or 701
  Billing's, MT. 59107
  City        State    Zip Code

[X] Individual capacity   [X] Official capacity

Defendant No. 4
- Name: Morgan E. Dake
- Job or Title (if known): Deputy District Attorney
- Shield Number: unknown
- Employer: Yellowstone County Attorneys Office
- Address: 217 N.27th St. RM 501 or 701
  Billing's, MT 59017
  City        State    Zip Code

[X] Individual capacity   [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Art.II Sections, 3,4,5,6,7,8,9,10,11,12,13,15,16.17,18, 19,21,22,23,24,25,2629,31.
The right to face my accusers § 46-10-202, The Confrontation Clause the right to question the witness's, Right to a attorney

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Not A Bivens Claim.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. District Attorney Violated all Amendments starting with the 4,5,6,8,14th and Equal Protection of the law.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner   Forced Confession, on a Closed Case.

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*   Case Closed Sept 26th 2017 Dismissed No Charges.

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. DA. Dake Dismissed all Charges after the fact the case was clkosed Sept 26th 2017. BY Judge David Carter's Pro Tem Jeanne Walker in A Motion on 17-1111

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
Yellowstone County Jail, Court House in front of new Hired Judge Donald L. Harris when he sentenced me into slavery by Double Jeopardy Charging me withwhat Judge Carters Pro Tem Dismissed Sept 26th 2017 and then sealed the record. I had to Sue in CivilRights Law Suit see Attached Evidence.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
Yellowstone County Jail Drug over dosing to get a conviction State v. Barrus HN2. State v. Strommen 2024 MT. New Jersey v. Apprendi, State v. Holohan.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Sept 17th 2017 at 7:30 Am Billing's Heights Motel D.A. DAke had Sept 14th 2017 held Forensic Interviews without the judge and my attorney and the alledged victims and I present so I could Defend myself, or confront the witness's Against me.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was arrested and my sons took everything I ever owned and sold it stole my money and Fabricated Lies to lock me up by myself not knowing how to defend myself in a court of law. The Attorney the State provided all he wanted to dois make a plea deal, not one time did he investigate the record of Actions or the Story on the Discovery, Did not seek any evidence alledged against me. He did not tell me the case was closed and dismissed, and I was free to get out of jail.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Tumor removed by myself, the medical staff refused to remove it, I had to do it with scissors and a needle Shelby Prison, Heart Attack no help told to get the Fuck away from the cage in Montana StaTE Prison, Rape in Shelby, Over dose in M.S.P. Broken Cage in my neck unfixed, Ankle rotting away no help 2 blown out disc in lower back , no help, Syattic nerve in left leg burning all the time no help. Lost all my family to lies and Fabricated murder/rape on my then 9 year old granddaughter who is 17 alive and in school at Senior High on Grand ave. The Court had no charges and no crime and sent me into slavery § 45-5-710 (1). 13th Amendment violation, plus the 5th and 14th Amendment of Due Process of law.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Release me from Prison full Society rights and any monetary settlement the Court SHALL decide. Under law and Statutory rights §§2-9-108, 27-1-220, M.C.A.

The Right to the COnfrontation Clause the right to cross examine my accusers, the right to equal protection of the law and the II. (B) The right to a trial Rule 38 & 39 With full Jury and a chance to build my defensed, or release with my freedom.
Under June 28th 2024 the Chevron Doctrine was over ruled and all state agency's lost their VESTED POWERS to interfer and interpretate our Statute's and judge Friedt, it is now between Friedt and the Judge.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."   N/A

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.
                                                N/A

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

    [x] Yes     Not greivable

    [ ] No

    If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

    [x] Yes     Not Greiveable

    [ ] No

    [ ] Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

    [ ] Yes

    [x] No      N/A

    [ ] Do not know

    If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No   This is all Court no greivance will help or apply

E. If you did file a grievance:

1. Where did you file the grievance?

N/A

2. What did you claim in your grievance?

N/A

3. What was the result, if any?

N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   ```
   This is not a greiveable situation
   ```

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   ```
   N/A
   ```

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   ```
   N/A
   ```

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

```
                                    I am Paying Judge Haddon for
      Cases on a bench trial without notice he was having the trail without
```
To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?     (me)

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

```
          Not to my Knowledge
```

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No    Not against just Justice Court under the 11th Amendment the County can be sued not the State.

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)  State of Montana and the Billing'sgazette for Libel.
   Defendant(s)  Dave Worstal Morgan E. Dake

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Yellowstone County, Montana.

3. Docket or index number

   DC-18-1183 (Tort) Judge Harada

4. Name of Judge assigned to your case

   Ashley Harada

5. Approximate date of filing lawsuit

   2018

6. Is the case still pending?

   ☐ Yes

   ☒ No    It is in Standing and the court has no challenge.

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*  CONSOLIDATED:

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?  Yes

[X] Yes

[ ] No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit  Chad Wright failed to represent Friedt
   Plaintiff(s)  Chad Wright
   Defendant(s)  Dennis martin Friedt

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Lewis & Clark County Court Montana

3. Docket or index number
   ADV-2020-1521 failed to represent at direct appeals

4. Name of Judge assigned to your case
   Michael Menahan

5. Approximate date of filing lawsuit
   2020

6. Is the case still pending?

   [ ] Yes

   [x] No    It is in Standing due to the court has no challenge
             Against me to counter.
   If no, give the approximate date of disposition   2020

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* Default Judgement under Standing with no challenge against me.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. See Aqttached Evidence of Human Trafficking a Violation of Double Jeopardy and the 13th Amendment of the United States

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case. Dennis M. Friedt /S/ Dennis M. Friedt

Portfolio DSD-YSW-O5M edovo.org/transcript My Qualifications

Date of signing: August 25th 2024

Signature of Plaintiff: *(signed)*
Printed Name of Plaintiff: Dennis Martin Friedt
Prison Identification #: 3015408
Prison Address: 700 Conley Lake Road
Deer Lodge, MT 59722
*City / State / Zip Code*

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
*City / State / Zip Code*
Telephone Number: _____
E-mail Address: _____